**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OAKLEY, INC.,**

      **Plaintiff,**

v.                                                              Case No:   **6:19-cv-185-Orl-22GJK**

**GRAND SLAM SPORTS, INC.** and
**JULIE MCCARTHY,**

      **Defendants.**

---

**ORDER**

This cause comes before the Court upon a review of the docket. Plaintiff has failed to move for default judgment within 60 days of service. Local Rule 1.07(b) permits the Court to dismiss a case without notice and without prejudice when counsel fails to apply for a default and proceed without delay to apply for a judgment within 60 days of service.

Based on the foregoing, it is ordered as follows:

1.   This case is hereby DISMISSED without prejudice.

2.   The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 7, 2019.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record